```
CATHERINE MACK                    NAVY FCU
1421 WOODFIELD DR                 ATTN:  BANKRUPTCY
JACKSON, MS 39211-2030            PO BOX 3000
                                  MERRIFIELD, VA 22119


THOMAS C. ROLLINS, JR.            NAVY FCU
THE ROLLINS LAW FIRM, PLLC        ATTN: BANKRUPTCY
P.O. BOX 13767                    PO BOX 3302
JACKSON, MS 39236                 MERRIFIELD, VA 22119


BAPTIST MEDICAL                   TOWER LOAN
PO BOX 638                        ATTN: BANKRUPTCY
PARIS, TN 38242                   PO BOX 320001
                                  FLOWOOD, MS 39232


CREDIT ONE BANK                   TRANSWORD SYSTEM INC
ATTN: BANKRUPTCY                  2135 E PRIMROSE
6801 CIMARRON RD                  STE Q
LAS VEGAS, NV 89113               SPRINGFIELD, MO 65804


GASTROINTESTINAL ASSOC            TRUSTMARK
P.O. BOX 22668                    ATTN BANKRUPTCY
JACKSON, MS 39225-2668            248 EAST CAPITOL ST
                                  JACKSON, MS 39201


INTERNAL REVENUE SERVI            US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY            US DEPT OF JUSTICE
P.O. BOX 7346                     950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-7346       WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240




NAVIENT
ATTN:  BANKRUPTCY
PO BOX 9635
WILKES BARRE, PA 18773
```