# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Catherine Mack**                                                                 Case No.  **25-01329**
Debtor(s)                                                                  Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 26, 2025**                              **/s/ Catherine Mack**
                                                      **Catherine Mack**
                                                      Signature of Debtor

```
CATHERINE MACK                   NAVIENT
1421 WOODFIELD DR                ATTN: BANKRUPTCY
JACKSON, MS 39211-2030           PO BOX 9635
                                 WILKES BARRE, PA 18773


THOMAS C. ROLLINS, JR.           NAVY FCU
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   PO BOX 3000
JACKSON, MS 39236                MERRIFIELD, VA 22119


BAPTIST MEDICAL                  NAVY FCU
PO BOX 638                       ATTN: BANKRUPTCY
PARIS, TN 38242                  PO BOX 3302
                                 MERRIFIELD, VA 22119


CREDIT ONE BANK                  TOWER LOAN
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
6801 CIMARRON RD                 PO BOX 320001
LAS VEGAS, NV 89113              FLOWOOD, MS 39232


GASTROINTESTINAL ASSOC           TRANSWORD SYSTEM INC
P.O. BOX 22668                   2135 E PRIMROSE
JACKSON, MS 39225-2668           STE Q
                                 SPRINGFIELD, MO 65804


INTERNAL REVENUE SERVI           TRUSTMARK
CENTRALIZED INSOLVENCY           ATTN BANKRUPTCY
P.O. BOX 7346                    248 EAST CAPITOL ST
PHILADELPHIA, PA 19101-7346      JACKSON, MS 39201


INTERNAL REVENUE SERVI           US ATTORNEY GENERAL
C/O US ATTORNEY                  US DEPT OF JUSTICE
501 EAST COURT ST                950 PENNSYLVANIA AVENW
STE 4.430                        WASHINGTON, DC 20530-0001
JACKSON, MS 39201


KEMBA DELTA FCU***
3108 N GERMANTOWN PKWY
#106
BARTLETT, TN 38133



LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240
```