United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01329-JAW
Catherine Mack     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Aug 15, 2025     Form ID: n031     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Catherine Mack, 1421 Woodfield Dr, Jackson, MS 39211-2030 |
| 5515791 | + | Baptist Medical, Po Box 638, Paris, TN 38242-0638 |
| 5519366 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Atty for Trustmark National Bank, 648 Lakeland East, Suite A, Flowood, MS 39232-9574 |
| 5528669 | + | KEMBA Delta Federal Credit Union, 3108 N Germantown Pkwy #106, Bartlett, TN 38133-4054 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5541586 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 20:25:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5515792 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2025 20:01:44 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5515794 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 20:28:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5515793 | | Email/Text: bankruptcy@gi.md | Aug 15 2025 20:28:00 | Gastrointestinal Assoc, P.O. Box 22668, Jackson, MS 39225-2668 |
| 5530744 | + | Email/Text: bankruptcy@towerloan.com | Aug 15 2025 20:28:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5515795 | + | Email/Text: ebone.woods@usdoj.gov | Aug 15 2025 20:28:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5515796 | | Email/Text: govtaudits@labcorp.com | Aug 15 2025 20:28:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5541584 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 20:01:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5515798 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2025 20:28:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5515797 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 15 2025 20:02:52 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5515799 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2025 20:28:00 | Navy FCU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5537111 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2025 20:28:00 | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5515800 | | Email/Text: bankruptcy@towerloan.com | Aug 15 2025 20:28:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 23 |

| 5515802 | Email/Text: bankruptcynotices@trustmark.com | Aug 15 2025 20:28:00 | Trustmark, Attn Bankruptcy, 248 East Capitol St, Jackson, MS 39201 |
| 5517664 | Email/Text: bankruptcynotices@trustmark.com | Aug 15 2025 20:28:00 | Trustmark National Bank, PO Box 291, Jackson, MS 39205 |
| 5526762 | Email/Text: bankruptcynotices@trustmark.com | Aug 15 2025 20:28:00 | Trustmark National Bank, PO Box 522, Jackson, MS 39205 |
| 5515801 | + Email/Text: bankruptcydepartment@tsico.com | Aug 15 2025 20:28:00 | Transword System Inc, 2135 E Primrose, Ste Q, Springfield, MO 65804-4598 |
| 5515803 | ^ MEBN | Aug 15 2025 19:43:51 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5516392 | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Aug 15 2025 21:50:27 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 1928, BRANDON MS 39043-1928, address filed with court:, TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Thomas Carl Rollins, Jr | on behalf of Debtor Catherine Mack trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01329−JAW
**Chapter:** 13

**In re:**

Catherine Mack
aka Catherine Anne Mack
1421 Woodfield Dr
Jackson, MS 39211−2030

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 08/15/2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 15, 2025                                Danny L. Miller, Clerk of Court