**Fill in this information to identify the case:**

Debtor 1 — Catherine Mack

Debtor 2 (Spouse, if filing) — 

United States Bankruptcy Court for the: Southern    District of MS (State)

Case number 25-01329

## Official Form 410S1

# Notice of Mortgage Payment Change           12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Trustmark Bank

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 7 3 3 0

Date of payment change:
Must be at least 21 days after date of this notice      06 / 01 / 2026

New total payment:
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*      $ 1381.94

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 703.84          New escrow payment: $ 740.29

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:   Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ■ No
   ☐ Yes.
   Current HELOC payment:      $ _____

   Reconciliation amount:      + $ _____ or
                               - $ _____

Debtor 1    Catherine      Mack          Case number *(if known)* 25-01329
             First Name    Middle Name    Last Name

| | |
|---|---|
| **Amount of next payment (including reconciliation amount)** | $_____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | $_____ |

## Part 4:  Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Brian Germany_ (signature)      Date 04/17/2026

Signature

Print:    **Brian**        **Germany**     Title   **Bankruptcy Analyst**
       First Name    Middle Name    Last Name

Company    **Trustmark Bank**

Address    **PO Box 522**
         Number     Street
         **Jackson**        **MS**    **39205**
         City         State    ZIP Code

Contact phone   **( 601 ) 208 _ 4965**        Email _____

## ANALYSIS/REVIEW - PROJECTION STATEMENT 376   4/17/2026 12:14:28 PM ET   PFSP342

Account No      Statement: Type    ANNUAL    Date    04/15/26

SURPLUS WAS RETAINED      BKR

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 8883.53 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 740.29 | Cushion   C-1/6 | 1294.54 |
| Cycle   06/01/26 - 05/31/27 | | RESPA Max 1/6 Cushion | 1294.54 |
| Analysis Parameter Review | No ∨ | Loan Status Review | No ∨ |
| Anticipated Escrow Balance Detail | No ∨ | Current PITI | 1345.49 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 04/27 | Anticipated Bal | 3920.40 | Required Bal | 1294.54 |
| UNCOL LC | .00 REF | .00 | |
| Current Escrow Shortage | 0.00 | Percentage of Change | 5.1787% |
| EA Shortage Spread Used | 0 | View Trial Balance Detail | No ∨ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 06/01/26 - |
|---|---|---|
| 641.65 | PRINCIPAL & INTEREST | 641.65 |
| 703.84 | ESCROW | 740.29 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | .00 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1345.49 | TOTAL BORROWER PAYMENT | 1381.94 |

Message:

OK

MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376   4/17/2026  12:14:48 PM ET   PFSP344

```
+----------------------------Trial    Balance  Detail    ----------------------------+
|  -- To  Escrow  --              -- From  Escrow   --        ---- Escrow  Balance  ---- |
|  Month    Antciptd   Cpindex    Antciptd      Desc        ANTCIPTD       Required   |
|                           STARTING BALANCE =>      4567.72    1941.86                |
|  06/26    740.29     .00      93.02     FHA RI       5214.99       2589.13  |
|  07/26    740.29     .00      93.02     FHA RI       5862.26       3236.40  |
|  08/26    740.29     .00      93.02     FHA RI       6509.53       3883.67  |
|  09/26    740.29     .00      93.02     FHA RI       7156.80       4530.94  |
|  10/26    740.29     .00      93.02     FHA RI       7804.07       5178.21  |
|  11/26    740.29     .00      93.02     FHA RI       8451.34       5825.48  |
|  12/26    740.29     .00      93.02     FHA RI          .00          .00   |
|            .00       .00    2165.99     COUNTY       6932.62       4306.76  |
|  01/27    740.29     .00      93.02     FHA RI       7579.89       4954.03  |
|  02/27    740.29     .00      93.02     FHA RI       8227.16       5601.30  |
|  03/27    740.29     .00      93.02     FHA RI       8874.43       6248.57  |
|  04/27    740.29     .00    5601.30     HAZARD          .00          .00   |
|            .00       .00      93.02     FHA RI       3920.40       1294.54  |
|  05/27    740.29     .00      93.02     FHA RI       4567.67       1941.81  |
+----------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                          OK                          BOTTOM

## CERTIFICATE OF SERVICE

I, Brian Germany, do herby certify that I have on this 17th day of April 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice   and a copy of the Notice of Final Cure Payment to the Case Trustee, Debtor(s),

Harold J. Barkley, Jr.
HJB@HBarkley13.com

**Brian Germany**
P.O. Box 522
Jackson, MS 39205

Catherine Mack

1421 Woodfield Dr

Jackson, MS 39211-2030

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com